# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PNC BANK, National Association,

          Plaintiff,

vs.

MAO AND ZHANG LV LLC, *et al.*,

          Defendants.

2:15-cv-01164-KJD-VCF

**ORDER**

      Plaintiff filed a Complaint commencing this case on June 19, 2015. (ECF NO. 1).

      Under LR 7.1-1(c), a party must file its disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court. A party must promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has not complied with this rule.

      Accordingly,

      IT IS HEREBY ORDERED that Plaintiff must file a certificate of interested parties on or before May 16, 2016.

      DATED this 10th day of May, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE