MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
Law Office of Mike Beede, PLLC
2300 W. Sahara Ave., Suite 420
Las Vegas, NV 89102
Phone: 702-473-8406
eservice@legallv.com
*Attorneys for Defendant/Counter-claimaint, Mao and Zhang LV LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PNC BANK NATIONAL ASSOCIATION, a National Banking Association,<br><br>Plaintiff,<br><br>v.<br><br>MAO AND ZHANG LV LLC; DOES 1 through 10, inclusive; ROE BUSINESS ENTITIES 1 through 10, inclusive; and all others who claim an interest in the subject property located at 210 E. Flamingo Road #417, Las Vegas, NV 89169,<br><br>Defendants. | CASE NO. 2:15-cv-01164-KJD-VCF<br><br><br><br>**NOTICE OF DISASSOCIATION** |
| MAO AND ZHANG LV LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>RODICA SCHILERU; PNC BANK, NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Counter-Defendants. | |

Defendant/Counter-claimaint, Mao and Zhang LV LLC hereby provides notice that Cheryl A. Grames, Esq. is no longer associated with The Law Offices of Mike Beede, PLLC, and requests that Ms. Grames be removed from the CM/ECF service list.

The Law Office of Mike Beede, PLLC will continue to represent Defendant/Counter-claimaint, Mao and Zhang LV LLC, and requests that Michael Beede, Esq. receive all future notices.

DATED this 3rd day of February, 2017.

LAW OFFICE OF MICHAEL BEEDE, PLLC

By: _/s/ Michael Beede, Esq._____
MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
2300 W. Sahara Ave., #420
Las Vegas, NV 89102

**COURT APPROVAL**

IT IS SO ORDERED.

Date: __2-3-2017_____

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, not interested in, this action. On the 3rd day of February, 2017, I caused a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be served by the method indicated:

___ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmission

___ Federal Express

_X_ Electronic Service via CM/ECF

___ E-Mail

　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Allison Zeason　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　An Employee of the Law Office of
　　　　　　　　　　　　　　　　　　　　　　　　Mike Beede, PLLC