**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV  89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

**Attorneys for Plaintiff/Counter-Defendant**
**PNC BANK, NATIONAL ASSOCIATION**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a National Banking Association, | CASE NO.: 2:15-cv-01164-KJD-VCF |
| Plaintiff, | |
| v. | **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |
| MAO AND ZHANG LV LLC; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 210 E. Flamingo Road, #417, Las Vegas, NV 89169, | |
| Defendants. | |
| MAO AND ZHANG LV LLC, | |
| Counterclaimant, | |
| v. | |
| RODICA SCHILERU; PNC BANK, NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Counter-Defendants. | |

1

2674209.1

MAO AND ZHANG LV LLC,

    Third Party Plaintiff,

v.

RODICA SCHILERU; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,

    Third-Party Defendants.

TO: THE HONORABLE COURT, AND TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that Gregory S. Bean, Esq., from the firm of Wolfe & Wyman is no longer counsel of record in the above-captioned matter and should be removed from all further notices.

The attorney to be noticed of all further filings and hearings is as follows:

**Colt B. Dodrill, Esq. (Nevada Bar No. 9000)**
**cbdodrill@wolfewyman.com**

DATED:   February 22, 2017    WOLFE & WYMAN LLP

By: */s/ Colt B. Dodrill*
    COLT B. DODRILL, ESQ.
    Nevada Bar No. 9000
    6757 Spencer Street
    Las Vegas, NV 89119
    *Attorneys for Plaintiff/Counter-Defendant*
    PNC BANK, NATIONAL ASSOCIATION

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   2-22-2017

2674209.1

**CERTIFICATE OF SERVICE**

On February 22, 2017, I served the **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** by the following means to the persons as listed below:

   X      a.    ECF System

Michael N. Beede    eservice@legallv.com

_____      b.    United States Mail, postage fully pre-paid (List persons and addresses. Attach additional paper if necessary):

By:   /s/ *Lucille Chiusano*
        Lucille Chiusano
        An employee of Wolfe & Wyman LLP