# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>vs.<br><br>MAO AND ZHANG LV LLC, et al.,<br><br>    Defendant. | 2:15-cv-01164-KJD-VCF<br>**ORDER** |

    In light of Judge Dawson's order staying the instant case (ECF No. 25),

    IT IS HEREBY ORDERED that the status hearing scheduled for 11:00 AM, April 24, 2017 is VACATED and RESCHEDULED to 10:00 AM, December 11, 2017, in Courtroom 3D.

    DATED this 18th day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE