1
2
3
4                    UNITED STATES DISTRICT COURT
5                         DISTRICT OF NEVADA
6                                * * *
7   MAO AND ZHANG LV LLC,                    Case No. 2:15-cv-01164-KJD-VCF
8                        Counter-claimant,                  ORDER
9          v.
10  RODICA SCHILERU, *et al.*,
11                      Counter-defendants.
12

13          On October 4, 2018, the Court granted Plaintiff PNC Bank's and Defendant Mao and

14  Zhang LV LLC's Stipulation and Order for Release of Deed of Trust and Dismissal with

15  Prejudice (#43). That Stipulation and Order dismissed all claims and counterclaims between

16  Plaintiff and Defendant Mao and Zhang. The Stipulation preserved all claims brought by Mao

17  and Zhang LV LLC (Mao and Zhang) against any other party.

18          This case is currently stayed. However, there remains no need for a stay and the stay is

19  lifted. Counter-claimant Mao and Zhang filed its Counterclaim (#9) on October 16, 2015.

20  Service of the summons and complaint in accordance with Federal Rule of Civil Procedure 4(m)

21  ("Rule 4(m)") was due no later than February 15, 2016. A stipulated stay was entered on

22  September 9, 2016. A later motion to stay was granted by the Court on March 31, 2017. Mao and

23  Zhang has never filed proof of service of the summons and complaint in accordance with Rule

24  4(m) on the remaining counter-defendants, Rodica Schileru and Mortgage Electronic

25  Registration Systems, Inc. Therefore, Mao and Zhang has fourteen (14) days from the entry of

26  this order to file proof of service of the summons and complaint on the remaining counter-

27  defendants within the allowed time. Failure to provide proof of service will result in the

28  remaining counter-claims being dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that the **STAY** is **LIFTED**;

IT IS FURTHER ORDERED that Mao and Zhang file proof of service of the summons and complaint on remaining counter-defendants within fourteen (14) days of the entry of this order.

Dated this 22nd day of October, 2018.

_____
Kent J. Dawson
United States District Judge