**COLT B. DODRILL, ESQ.**
Nevada Bar No. 9000
**WOLFE & WYMAN LLP**
6757 Spencer Street
Las Vegas, NV 89119
Tel: (702) 476-0100
Fax: (702) 476-0101
cbdodrill@wolfewyman.com

Attorney for Plaintiff/Counter-Defendant
**PNC BANK, NATIONAL ASSOCIATION**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PNC BANK, NATIONAL ASSOCIATION, a National Banking Association,<br><br>Plaintiff,<br>v.<br><br>MAO AND ZHANG LV LLC; DOES 1 through 10, inclusive; ROES Business Entities 1 through 10, inclusive; and all others who claim interest in the subject property located at 210 E. Flamingo Road, #417, Las Vegas, NV 89169,<br><br>Defendants. | CASE NO.: 2:15-cv-01164-KJD-VCF<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER FOR RELESE OF DEED OF TRUST AND DISMISSAL WITH PREJUDICE** |
| MAO AND ZHANG LV LLC,<br><br>Counterclaimant,<br>v.<br><br>RODICA SCHILERU; PNC BANK, NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Counter-Defendants. | |
| MAO AND ZHANG LV LLC,<br><br>Third Party Plaintiff, | |

1

v.

RODICA SCHILERU; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,

Third-Party Defendants.

## **STIPULATION AND ORDER FOR RELESE OF DEED OF TRUST AND DISMISSAL WITH PREJUDICE**

The parties, by and through their respective counsel of record, hereby stipulate as follows:

That the Deed of Trust recorded on February 17, 2006 in the Official Records of the Clark County, Nevada Recorder as Instrument Number 20060217-0004098 be released, discharged, and extinguished.

That PNC BANK, NATIONAL ASSOCIATION, a National Banking Association has no present right, title, or interest in the real property commonly known as 210 E. Flamingo Road, #417, Las Vegas, NV 89169 and bearing Clark County Assessor's Parcel Number 162-16-810-127.

That the claims and counterclaims between PNC BANK, NATIONAL ASSOCIATION and MAO AND ZHANG LV LLC shall be DISMISSED WITH PREJUDICE, each party to bear its own costs and attorney's fees. This stipulation shall not disturb the claims brought by MAO AND ZHANG LV LLC against any other party.

The Lis Pendens recorded in the Official Records of the Clark County Recorder on June 19, 2015 as Instrument Number 20150721-0002033 be expunged.

///
///
///
///
///
///

That a copy of this Order may be recorded in the Official Records of the Clark County, Nevada Recorder.

IT IS SO STIPULATED.

| Dated: October 24, 2018 | Dated: October 24, 2018 |
|---|---|
| WOLFE & WYMAN, LLP | THE LAW OFFICES OF MIKE BEEDE, PLLC |
| By: */s/ Colt B. Dodrill* <br> Colt B. Dodrill, Esq. <br> Nevada Bar No. 9000 <br> 6757 Spencer Street <br> Las Vegas, NV 89119 <br> *Attorney for Plaintiff/Counter-Defendant PNC BANK, NATIONAL ASSOCIATION* | By: */s/ Michael Beede* <br> Michael Beede, Esq. <br> Nevada Bar No. 13068 <br> 2470 St. Rose Parkway, Suite 307 <br> Henderson, NV, 89074 <br> *Attorneys for MAO AND ZHANG LV LLC* |

<u>ORDER</u>

IT IS SO ORDERED.

DATED: 10/25/2018

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

WOLFE & WYMAN LLP

*/s/ Colt B. Dodrill*
COLT B. DODRILL, ESQ.
Nevada Bar No. 9000
6757 Spencer Street
Las Vegas, NV 89119
*Attorney for Plaintiff/Counter-Defendant*
*PNC BANK, NATIONAL ASSOCIATION*

3197664.1